United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-20561-amc
Richard Jordan                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Denine              Page 1 of 2              Date Rcvd: Feb 14, 2017
                              Form ID: pdf900           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2017.
```
db          +Richard Jordan,    2438 77th Avenue,    Philadelphia, PA 19150-1821
12910809    +AMS Servicing,    3374 Walden Ave.,    Suite 120,    Depew, NY 14043-2437
12910811    +Commonwealth of PA,    Financial Enforcement Section,    15th Flr. Strawberry Sq.,
              Harrisburg, PA 17120-0001
12910812    +ER Solutions,    PO Box 9004,    Renton, WA 98057-9004
12910814    +KML Law Group, P.C.,    Suite 5000- BNY- Independence Center,    701 Market Street,
              Philadelphia, PA 19106-1538
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Feb 15 2017 02:12:38     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 15 2017 02:12:37     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13010922    +E-mail/Text: bankruptcy@phila.gov Feb 15 2017 02:12:38
              CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING  BANKRUPTCY,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13684546    +E-mail/Text: cio.bncmail@irs.gov Feb 15 2017 02:11:52      INTERNAL REVENUE SERVICE,
              600 ARCH STREET ROOM 5200,    PHILADELPHIA,PA 19106-1611
12910813     E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 15 2017 02:12:32     Jefferson Capital,
              16 McLeland Rd,    Saint Cloud, MN 56303
12947920     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2017 02:12:05
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, Pa.  17128-0946
13845381    +E-mail/Text: bknotices@snsc.com Feb 15 2017 02:12:49     SRP Funding Trust 2011-5,
              c/o SN Servicing Corp.,    323 5th Street,    Eureka, CA 95501-0305
                                                                                              TOTAL: 7
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr           SRP Funding Trust 2011-5
smg*         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
12910810   ##+Bureau Of Collection R,    Attention: Bankruptcy,    7575 Corporate Way,
              Eden Prairie, MN 55344-2022
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    SRP Funding Trust 2011-5 agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ERIK B. JENSEN    on behalf of Debtor Richard   Jordan john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              THOMAS I. PULEO    on behalf of Creditor    SRP Funding Trust 2011-5 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
```

```
District/off: 0313-2          User: Denine                 Page 2 of 2                  Date Rcvd: Feb 14, 2017
                              Form ID: pdf900              Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 6

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD JORDAN                    Chapter 13

            Debtor              Bankruptcy No. 12-20561-AMC

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

**AND NOW**, this ____ day of ___Feb___, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
ERIK B JENSEN, P.C.
1528 WALNUT ST
SUITE 1401
PHILA, PA 19102-

Debtor:
RICHARD JORDAN

2438 77TH AVE

PHILADELPHIA, PA 19150